UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARL MORGAN,

        Petitioner,

v.

ALBERTO GONZALES, *et al.*

        Respondents.

Civil Action No. 1:07cv0361

**FILED**

FEB 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 22nd day of February 2007,

**ORDERED** that respondents, by counsel, shall, within 60 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of the Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshall for the purpose of making service on petitioner's warden and the United States Attorney for the District of Columbia.

RICHARD J. LEON
United States District Judge